# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

VIVIAN THERCY,

    Plaintiff,                                  CASE NO.:

v.

SECRETARY, FLORIDA DEPARTMENT OF
CORRECTIONS d/b/a
SOUTH FLORIDA RECEPTION CENTER,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF REMOVAL

[On removal from Circuit Court for the Eleventh Judicial Circuit
In and for Miami Dade County, Florida – Case No. 2019-008400-CA-01]

Defendant, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS ("Department"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, files this Notice of Removal in the above-styled cause from the Eleventh Judicial Circuit, in and for Miami Dade County, Florida where the same is now pending as Case No.: 2019-008400-CA-01, to the United States District Court, Southern District of Florida. Defendant submits the following in support thereof:

1.    This action was brought and is now pending in the Eleventh Judicial Circuit Court in and for Miami Dade County, Florida (Circuit Court), under Case Number 2019-008400-CA-01.

2. This civil action was commenced in the Circuit Court on or about March 18, 2019, by the filing of a Complaint with the Clerk of that Court. A true copy of the Complaint is attached as **Exhibit A**. Service of process was made upon Defendant on April 8, 2019. The Summons is attached as **Exhibit B** and the Return of Service is attached as **Exhibit C**.

3. The action pending in the Circuit Court is a civil action, stating a claim which is removable pursuant to 28 U.S.C. §§ 1331 and 1441(a), brought under the Fair Labor Standards Act, 29 U.S.C. §201, et seq.)(FLSA), which arises under the laws of the United States, for which this Court has original jurisdiction under 28 USC § 1331(federal question).

4. All of the events alleged in the complaint occurred in Miami Dade County, Florida.

5. Defendant's Notice of Removal has been filed timely, within thirty (30) days after service of Plaintiff's Complaint pursuant to 28 U.S.C. § 1446(b).

6. In accordance with 28 U.S.C. § 1446(d), Defendant is also promptly filing a copy of this Notice of Removal with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami Dade County, Florida and providing notice to Plaintiff, by and through Plaintiff's counsel, listed below.

WHEREFORE, Defendant respectfully requests that the above-action now pending against it in the Circuit Court under case number 2019-008400-CA-01, be removed from that Court.

Respectfully submitted, this on this 6th day of May, 2019.

**ASHLEY MOODY**
**FLORIDA ATTORNEY GENERAL**

/s/ Monica Galindo Stinson
**MONICA GALINDO STINSON**
Senior Assistant Attorney General
Florida Bar No. 145785
Employment Litigation Bureau
**Office of the Attorney General**
The Capitol, PL-01
Tallahassee, FL 32399-1050
(850) 414-3300 Phone
(850) 488-4872 Fax
Monica.Stinson@myfloridalegal.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing was furnished to all parties of record listed on the service list below, via CM/ECF system, which provides copies to all counsel of record, this 6th day of May, 2019.

/s/ Monica Galindo
**MONICA GALINDO STINSON**
Senior Assistant Attorney General

## **SERVICE LIST**

**Anthony M. Georges-Pierre, Esq.**
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Counsel for Plaintiff
[Via ECF]

**Max L. Horowitz, Esq.**
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Counsel for Plaintiff
[Via ECF]